UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK R. CALDWELL, | Case No. 1:18-cv-01700-JDP |
| Petitioner, | ORDER TRANSFERRING CASE |
| v. | ECF No. 1 |
| SCOTT FRAUENHEIM and STATE OF CALIFORNIA, | |
| Respondents. | |

Petitioner Derrick R. Caldwell, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a conviction from Solano County, *see* ECF No. 1 at 1, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. The court will therefore transfer this case to the Sacramento Division. *See* Local Rule 120(d), (f).

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and must be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

1

IT IS SO ORDERED.

Dated:     January 3, 2019    

_____
UNITED STATES MAGISTRATE JUDGE